IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN DELOZIER                    :

        v.                           :     NO. 11-CV-3144

NCO FINANCIAL SYSTEMS, INC.        :

                                             :

JUDGMENT

**FILED**
JUL 2 1 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

BEFORE BUCKWALTER, J.

      AND NOW, to wit, this 21st day of July, 2011,
It is ORDERED in accordance with NCO FINANCIAL SYSTEMS, INC'S offer
of judgment and Plaintiffs acceptance pursuant to F.R.C.P. 68,
judgment is entered in favor of Plaintiff and against NCO
FINANCIAL SYSTEMS, INC. in the amount of $1,000.00 together with
interest and costs.

                                             BY THE COURT:

                                             ATTEST:

                                             _____
                                             Deputy Clerk

judg